## 17254.　DINKINS v. THE STATE.

A conviction of cheating and swindling was not authorized by the evidence in this case.

DECIDED MAY 12, 1926.

Conviction of cheating and swindling; from Peach superior court—Judge Mathews.　February 6, 1926.

*Norman E. English,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

LUKE, J.　Dinkins was convicted of the offense of cheating and swindling, upon two separate indictments, and both cases are here upon the sole assignment of error that his conviction was unauthorized by the evidence.　The indictment in this case alleged that the defendant collected a subscription from one C. B. Anderson "with intent to deceive and thereby the said W. A. Dinkins did deceive the said C. B. Anderson out of the sum of one dollar." There is no evidence in the record that C. B. Anderson was defrauded out of any money by the defendant; and his conviction in this case was unauthorized.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

False Pretenses, 25 C. J. p. 650, n. 42.

## 17255.　DINKINS v. THE STATE.

The conviction was authorized by the evidence, and a new trial was properly refused.

DECIDED MAY 12, 1926.　REHEARING DENIED JUNE 15, 1926.

See preceding case for description and counsel's names.

LUKE, J.　Dinkins was convicted of the offense of cheating and swindling, upon two separate indictments, and both cases are here upon the sole assignment of error that his conviction was unauthorized by the evidence.　The conviction in this case was amply authorized by the evidence; no error of law appears; and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Criminal Law, 16 C. J. p. 1180, n. 74.